UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>  Plaintiff,<br><br>v.<br><br>TRACY STONE-MANNING,[1] in her official capacity as the Director of the United States Bureau of Land Management; and<br><br>THE UNITED STATE BUREAU OF LAND MANAGEMENT,<br><br>  Defendants. | Case No. 1:19-cv-03506-CKK<br><br>**NOTICE OF SUPPLEMENTAL INFORMATION REGARDING BLM'S GATHER SCHEDULE AND SUPPLEMENTAL DECLARATION** |

**NOTICE OF SUPPLEMENTAL INFORMATION REGARDING BLM'S GATHER SCHEDULE AND SUPPLEMENTAL DECLARATION**

On February 2, 2022, Defendants submitted a notice of planned roundup operations for the Twin Peaks Herd Management Area (HMA) in California. ECF No. 37. Defendants notified the Court that the Bureau of Land Management (BLM) scheduled a roundup operation for the Twin Peaks HMA to begin on July 1, 2022 and end on August 25, 2022. ECF No. 37. According to a recent schedule posted on BLM's website, BLM has updated the schedule to roundup and remove wild horses from the Twin Peaks HMA.[2] BLM's schedule now indicates that it proposes to roundup and remove wild horses and burros beginning on July 23, 2022 and ending on August 18, 2022. Plaintiff conferred with Defendants'

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Director Tracy-Stone Manning is substituted for William Perry Pendley as she is the current Director of the Bureau of Land Management.

[2] BLM, FY2022 Tentative Wild Horse and Burro Gather and Fertility Control Schedule as of June 2, 2022, https://www.blm.gov/sites/blm.gov/files/docs/2022-06/National%202022%20Tentative%20Gather%20and%20FC%20Schedule_6.8.2022.pdf.

1

council who confirmed on June 14, 2022 that the gather operations are currently slated to begin on July 23, 2022. BLM's schedule also shows that it now intends to roundup 1,978 wild horses and 339 burros. Of those, it proposes to permanently remove 1,868 wild horses and all 339 burros.

Friends of Animals member and Environmental Scientist, Jesica Johnston, conducted an aerial and ground survey of the Twin Peaks HMA less than a month ago. In response to BLM's notice and proposed gather schedule, Ms. Johnston sent BLM a letter sharing the results of her survey with BLM. A supplemental declaration, along with a copy of Ms. Johnston's letter is submitted along with this notice.

Dated:  June 14, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jennifer Best
　　　　　　　　　　　　　　　　　　　Jennifer Best (DC Bar # CO0056)
　　　　　　　　　　　　　　　　　　　Legal Director, Wildlife Law Program
　　　　　　　　　　　　　　　　　　　Jennifer@friendsofanimals.org

　　　　　　　　　　　　　　　　　　　Friends of Animals
　　　　　　　　　　　　　　　　　　　Wildlife Law Program
　　　　　　　　　　　　　　　　　　　7500 E. Arapahoe Road, Suite 385
　　　　　　　　　　　　　　　　　　　Centennial, CO 80112
　　　　　　　　　　　　　　　　　　　Tel: 720.949.7791; Fax: 888.236.3303

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*